AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Maine

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:24-cr-00060-LEW |
| | ) | |
| JIAMIN LIAO | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JIAMIN LIAO                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Count 1- Maintaining a Marijuana-Involved Premises; 21:856(a)(1)
Count 2- Maintaining a Marijuana-Involved Premises; 21:856(a)(2)

Date:      05/15/2024

*Issuing officer's signature*

City and state:      Bangor, Maine

Margaret Melanson, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 05/15/24 , and the person was arrested on *(date)* 08/27/24 at *(city and state)* Norridgewock, ME . |
| Date: 08/27/2024                    *Arresting officer's signature* |
| Special Agent Nicholas Rich *Printed name and title* |