UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIAMIN LIAO | No. 1:24-cr-00060-SDN |

**SPEEDY TRIAL ORDER**

This matter comes before the Court upon the parties' Consent Motion to Continue Trial and Speedy Trial Deadlines (Dkt. #57). The parties request the Court continue this case from the December 2025 trial list to the February 2026 trial list and that the speedy trial time be excluded from the speedy trial computations. The parties also request a corresponding extension of the motions and expert witnesses deadlines The parties represent the following:

1. The Defendant was indicted on May 15, 2025. A sealed arrest warrant issued, which was executed on August 27, 2024. The Defendant was arraigned on August 28, 2024, and entered a plea of not guilty.

2. The parties state that discovery in this case will require sufficient time for review by counsel for the Defendant. The parties also require additional time to pursue discussions concerning the evidence and materials pertinent to the underlying charges. A continuance is sought, in part, to enable the parties' discussions to continue in that regard. The instant continuance is sought, as well, due to the delays and difficulties attendant to cases requiring interpreter services, given Defendant's Cantonese language needs.

3. The Defendant by and through her undersigned counsel, waives her rights under the Speedy Trial Act and requests that the period of time from the filing of this motion until any newly established date of trial be excluded from computation pursuant to the act. A continuance of the trial date is therefore merited pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A)

4. The Defendant understands that the period of time from the filing of this motion until the requested trial date will not be included in the computation of time within which the case must be brought to trial, consents to this exclusion, and waives her right to speedy trial otherwise guaranteed by 18 U.S.C. 3161.

After full consideration of the representations of the parties in this case and after full consideration of the record in this case, the Court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the Court can and does find that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS HEREBY ORDERED THAT:**

1. The parties' Consent Motion to Continue Trial and Speedy Trial Deadlines is hereby **GRANTED**. The matter is continued to the February 2026 trial list.

2. The deadline to file pretrial motions is extended to January 12, 2026.

3. The time periods between November 20, 2025 and January 12, 2026, for motions and December 3, 2025 and February 3, 2026 for trial are hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq*.

**SO ORDERED.**

Dated: October 29, 2025

/s/ Stacey D. Neumann
STACY D. NEUMANN
U.S. District Judge